# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:15-cr-18 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| DILLON CHAMPION | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| | ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the five-count Indictment; (2) accept Defendant's plea of guilty to the lesser offense of the charge in Count one of the Indictment, that is of conspiracy to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(D); (3) adjudicate Defendant guilty of the lesser offense of the charge in Count One of the Indictment, that is of conspiracy to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(D); (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) release Defendant on bond under appropriate conditions of release pending sentencing in this matter. (Doc. 93.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 93), pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** as follows:

1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

2) Defendant's plea of guilty to the lesser offense of the charge in Count One of the Indictment that is of conspiracy to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846, 941(a)(4), and 841(b)(1)(D) is **ACCEPTED**;

3) Defendant is hereby **ADJUDGED** guilty of the lesser offense of the charge in County One of the Indictment, that is of conspiracy to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846, 941(a)(4), and 841(b)(1)(D);

4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter which is scheduled to take place on **July 15, 2016 at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

*/s/Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**